## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KIRK JEROME RANKIN**                                                      **PLAINTIFF**

**v.**                          **CASE NO. 3:23-CV-00214-BSM**

**ARKANSAS OFFICE OF CHILD**
**SUPPORT ENFORCEMENT**                                          **DEFENDANT**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE